CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2010 AUG 12 AM 11: 42

DEPUTY CLERK __ac__

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| DARLENE GARDNER, | § | |
| Petitioner, | § § § | |
| v. | § | 2:10-CV-0126 |
| STEVEN C. McGRAW, Director, Texas Department of Public Safety, | § § § § | |
| Respondent. | § | |

## ORDER OVERRULING OBJECTIONS, ADOPTING REPORT AND RECOMMENDATION and DISMISSING APPLICATION FOR WRIT OF HABEAS CORPUS

Petitioner has filed with this Court an "Application for Writ of Habeas Corpus." On July 20, 2010, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that petitioner's habeas petition be dismissed. On August 2, 2010, petitioner filed objections to the Report and Recommendation.

The undersigned United States District Judge has made an independent examination of the record in this case and has considered the objections made by petitioner to the Report and Recommendation. The objections filed by petitioner are without merit and are hereby OVERRULED. The Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, the petition for a writ of habeas corpus filed by petitioner is DISMISSED.

IT IS SO ORDERED.

ENTERED this __12th__ day of __August__ 2010.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE